Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788
ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| CHRISTOPHER FISCHER | § | |
| | § | Case no.21-60323 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

## POST-CONFIRMATION REPORT AND APPLICATION FOR FINAL DECREE

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION OR REQUEST FOR HEARING IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK, 110 NORTH COLLEGE, 9TH FLOOR, TYLER, TEXAS 75702, WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THE FILING OF THIS MOTION, UNLESS THE COURT, SUA SPONTE, OR UPON TIMELY APPLICATION OF A PARTY IN INTEREST, SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION OR REQUEST FOR HEARING.
IF NO OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. THE COURT RESERVES THE RIGHT TO SET ANY MATTER FOR HEARING.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE JOSHUA SEARCY:

The undersigned submits this Post Confirmation Report and Application for Final Decree, and certifies that the Plan of Reorganization, as confirmed by the Court, is being fully administered.

The undersigned further certifies:  the transfer of all or substantially all of the property proposed by

the confirmed Plan of Reorganization to be transferred has been transferred; creditors with equity security interests whose claims have not been disallowed, and to indenture trustees who have filed claims pursuant to Rule 3003(c)(5) which have been allowed, and distribution of any other deposits or payments required by the confirmed Plan of Reorganization has occurred; the payment of all sums payable to the Clerk of Court for noticing and claims processing charges has been paid and; fees to professionals have been approved and paid.

**Respectfully submitted,**

**ERIC A. LIEPINS**
**Attorney at Law**
**Suite 850**
**12770 Coit Road**
**Dallas, Texas  75251**
**(972) 991-5591**
**(972) 991-5788 (Fax)**


**By:___/s/ Eric Liepins_____**
   **Eric A. Liepins**
   **State Bar No. 12338110**


Certificate of Service

I hereby certify that the foregoing document was sent to all creditors on this the 3RD of April 2023.

___/s/ Eric Liepins _____
Eric Liepins