IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| CHRISTOPHER FISCHER | § § § § § § | Case no.21-60323 -11 |
| | § | CHAPTER 11 |
| DEBTOR | § | |

# FINAL DECREE

The Court having determined previously that there is no impediment to the entry of a Final Decree in this case; the Court finds that the estate of the above named debtor is being administered, and pursuant to Bankruptcy Rule 3022, it is

ORDERED that the chapter 11 case of the above named debtor is closed.

**FINAL DECREE - PAGE 1**