IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **CHRISTOPHER R. FISCHER** | § | Case No. 21-60323 |
| xx-xxx-0788 | § | |
| PO Box 798, Mineola, TX 75773 | § | |
| | § | |
| Debtor | § | Chapter 11 |

## FINAL DECREE

      On April 3, 2023, an Application For Final Decree (the "Application") was filed by Christopher R. Fischer, the successful Plan Proponent in the above-referenced case. The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate negative notice language pursuant to LBR 9007. The Court further finds that the sole objection to the Application filed by the United States Trustee has been withdrawn and thus the allegations in the Application, supporting the assertion that this case has been fully administered, stand unopposed. The Court, being unaware of any circumstance which would preclude the closing of this case, finds that just cause exists for the entry of the following order.

      **IT IS THEREFORE ORDERED** that the Chapter 11 reorganization case for the above-referenced Debtor is hereby **CLOSED**.

Signed on 05/23/2023

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE